AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:13mj-501 | 11/21/2013, 7:00 AM | Postmaster |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

Parcel contained approximately 9.8 ounces of a green leafy substance that field tested positive for Marijuana.

*[FILED stamp: 13 NOV 25 PH 2:21, SHARON L. OVINGTON, UNITED STATES MAGISTRATE JUDGE]*

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____11/21/2013_____

*S. McDonough* (signature)
Executing officer's signature

S. McDonough, Postal Inspector
Printed name and title